Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DE-NIED.**

COMMONWEALTH of Pennsylvania, Petitioner

v.

Westley A. CLEVENGER, Respondent.

Supreme Court of Pennsylvania.

Nov. 17, 2015.

### ORDER

PER CURIAM.

AND NOW, this 17th day of November, 2015, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and the matter is **REMANDED** for reconsideration in light of *Commonwealth v. Carrasquillo,* —— Pa. ——, 115 A.3d 1284 (2015), and *Common-*

*wealth v. Hvizda,* —— Pa. ——, 116 A.3d 1103 (2015).

The Petition to Remand is **DENIED.**